UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RAHMAN SAIDUR #A095-963-709 | CASE NO. 6:18-CV-01180 SEC P |
| VERSUS | JUDGE SUMMERHAYS |
| WARDEN PINE PRAIRIE I C E PROCESSING CENTER | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus be **DISMISSED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Motion for Three Day Response [Rec. Doc. 13] is **DENIED** as moot.

THUS DONE in Chambers on this 20th day of May, 2019.

Robert R. Summerhays
United States District Judge